JOHN H. DEVLIN, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Devlin* v. *City of New York*, 122 App. Div. 922, affirmed.
(Argued February 15, 1909; decided March 2, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1908, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*L. Laflin Kellogg, Alfred C. Petté* and *Philip M. Brett* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not voting: HISCOCK, J.